UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY A. BROOKS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:06CV1067 HEA |
| BI-STATE DEVELOPMENT/METRO, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own Motion. On September 6, 2006, the Court entered an Order granting defendant's Motion for More Definite Statement. The Court ordered plaintiff to set forth her claims in a manner which would advise defendant of the claims she asserts and the basis therefore. Plaintiff was also advised to submit with her Complaint a copy of any charges filed with the EEOC. Plaintiff has failed to file her Amended Complaint within the prescribed time period.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is dismissed without prejudice for failure to prosecute.

Dated this 26th day of October, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE