UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KIMBERLY A. BROOKS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:06CV1067 HEA |
| BI-STATE DEVELOPMENT/METRO, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Reconsideration, [Doc. No. 11], of the Court's dismissal of this action for failure to prosecute. Defendant objects to the motion. On October 26, 2006, the Court dismissed this action without prejudice. Plaintiff has presented nothing to establish that the Court should reconsider its dismissal. Plaintiff is not, however, precluded from refiling this action because the dismissal was without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration, [Doc. No. 11], is denied.

Dated this 12th day of January, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE